Decided March 12, 2004

## GARY K. WALLENTA *v.* MICHAEL L. MOSCOWITZ

The defendant's petition for certification for appeal from the Appellate Court, 81 Conn. App. 213 (AC 23049), is denied.

KATZ, J., did not participate in the consideration or decision of this petition.

*Chris DeMarco*, in support of the petition.

*David A. Slossberg* and *Scott T. Penner*, in opposition.

Decided March 12, 2004